**FILED**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

2009 SEP -1 PM 2:33

CASE NO.

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

CLINTON McINTOSH, on behalf of himself and
all others similarly situated,

2:09-cv-576-FtM-99SPC

Plaintiff,

**UNASSIGNED**

v.

SHERI POLSTER CHAPPELL
U.S. MAGISTRATE JUDGE

APPLE, INC.,

Defendant.
_____/

## COLLECTIVE ACTION COMPLAINT

COMES NOW Plaintiff, CLINTON McINTOSH, on behalf of himself and all others similarly situated, by and through his undersigned counsel, and sues the Defendant, APPLE, INC., (hereinafter, referred to as "APPLE"), and allege as follows:

1. That Plaintiff, former employee of Defendant, brings this collective action on behalf of himself and all other similarly situated employees of Defendant, to recover compensation and other relief under the Fair Labor Standards Act, as amended (the "FLSA"), 29 U.S.C. § 201 et seq..

2. Jurisdiction is conferred on this Court by 29 U.S.C. § 216(b).

3. The unlawful employment practices alleged herein occurred and/or were committed within this judicial district.

4. That at all times material hereto, Plaintiff, and others similarly situated, were and are presently a resident of this judicial district, *sui juris* and otherwise within the jurisdiction of this Court.

5. That at all times material hereto, Defendant was the employer of the Plaintiff, and others similarly situated, was conducting business in this judicial district and was an 'employer' under the FLSA.

6. At all times material hereto, Defendant was and continues to be an 'enterprise engaged in commerce' within the meaning of the FLSA.

7. That at all times material hereto, Plaintiff, and others similarly situated, were 'engaged in commerce' within the meaning of the FLSA.

8. That during Plaintiff's employment, Defendant required Plaintiff, a non-exempt employee under the FLSA, and others similarly situated, to work in excess of forty (40) hours per work-week, and willfully refused to properly compensate Plaintiff, and others similarly situated, for all such work pursuant to the FLSA.

9. Specifically, the Defendant knowingly had the Plaintiff work off the clock and did not pay the Plaintiff overtime.

10. That all records concerning the number of hours actually worked by Plaintiff and others similarly situated are in the exclusive possession and sole custody and control of the Defendants, and therefore, Plaintiff is unable to state at this time the exact amount due.

11. That Plaintiff, however, will exert diligent efforts to obtain such information by appropriate discovery proceedings, to be taken promptly in this case, and if required, an amendment to this Complaint will be submitted to set forth an amount due by the Plaintiff.

## COUNT I
## FLSA

12. Plaintiff incorporates by reference the allegations contained in paragraphs 1 through 11 above.

13. Plaintiff, and all others similarly situated, is entitled to time and one half for each hour worked in excess of forty (40) hours per work week pursuant to the FLSA.

14. By reason of the intentional, willful and unlawful acts of the Defendant in violation of the FLSA, Plaintiff, and all other similarly situated, has suffered damages.

**WHEREFORE**, Plaintiff, on behalf of himself and all others similarly situated, demands judgment against the Defendant for all damages and relief under the FLSA, including liquidated damages (and/or pre-judgment interest), attorneys' fees, costs and expenses, in addition to all other relief this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all counts.

Dated: August 28, 2009.

Respectfully submitted,

| | |
|---|---|
| WHITELOCK & ASSOCIATES, P.A.<br>300 Southeast Thirteenth Street<br>Fort Lauderdale, Florida 33316<br>Telephone: (954) 463-2001<br>Facsimile: (954) 463-0410<br>E-mail: cjwhitelock@bellsouth.net<br>Co-Counsel for Plaintiff<br><br>_____<br>Christopher J. Whitelock<br>Florida Bar No. 067539 | LEVY & LEVY, P.A.<br>300 Southeast Thirteenth Street<br>Fort Lauderdale, Florida 33316<br>Telephone: (954) 763-5722<br>Facsimile: (954) 763-5723<br>E-mail: chad@levylevylaw.com<br>Co-Counsel for Plaintiff<br><br>_____<br>Chad E. Levy<br>Florida Bar No. 0851701 |